UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>SAMUEL COHEN,<br><br>        Defendant(s). | No. CR 10-0547 SI (BZ)<br><br>**ORDER RE COUNSEL** |

With the concurrence of Judge Illston, **IT IS ORDERED** that if a general appearance is not filed on Mr. Cohen's behalf by **September 17, 2010**, a hearing to identify counsel is scheduled for **September 20, 2010 at 9:30 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 8, 2010

                               Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.2010\COHEN ORDER.wpd

1