MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for the United States of America

FILED
SEP 8 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL COHEN, ) <br>    a/k/a Mouli Cohen, ) <br> ) <br> Defendant. ) <br> ) | No: CR 10-0547 SI <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |

    The above-captioned matter came before the Court on May 4, 2010, for initial appearance.  The defendant was represented by William Osterhoudt and Richard Mazer, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to September 24, 2010, at 11:00 a.m. for initial appearance before Judge Illston.

    The Court made findings on September 7, 2010, that the time from and including September 3, 2010, through and including September 24, 2010, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0547 SI

action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties hereby agree to and request that the case be continued until September 24, 2010, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(7)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: 9/7/10

/S/
_____
WILLIAM OSTERHOUDT
Counsel for Defendant

DATED: 9/7/10

/S/
_____
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: 8 Sept 10

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 10-0547 SI                                                         2