IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 SI |
| Plaintiff, | **ORDER** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

Following the May 13, 2011 hearing on defendant's motions, and for the reasons explained in the hearing, the Court ORDERS as follows:

Santa Clara County Jail shall allow Mr. Cohen to review documents in an attorney interview room with an electrical outlet for at least two hours per day, whether or not an attorney is present.

During the time Mr. Cohen is in the interview room, Santa Clara County Jail shall allow Mr. Cohen access to a laptop computer – which shall be provided by his counsel and which shall not have internet access or any ability to transmit data – to facilitate Mr. Cohen's review of electronic or paper documents and his preparation for trial.

Santa Clara County Jail shall also allow Mr. Cohen to store one box of documents in his living space and maintain a second box of documents for Mr. Cohen's review upon the completion of his review of the first box. The jail shall work with defense counsel to replace the boxes of reviewed documents with new boxes at reasonable times.

1  Defendant's motions are otherwise DENIED.

3  **IT IS SO ORDERED.**

5  Dated: May 13, 2011

SUSAN ILLSTON
United States District Judge