IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 SI |
| Plaintiff, | **ORDER** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. | |

For the reasons discussed in the June 3, 2011 hearing, the Court ORDERS defendant to be transferred to MDC-Los Angeles for pre-trial detention. Defendant shall be transported to the Northern District for court appearances. That transportation between Los Angeles and San Francisco shall be as direct, in terms of time and distance, as feasible.

**IT IS SO ORDERED.**

Dated: June 3, 2011

SUSAN ILLSTON
United States District Judge