IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 SI |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. / | |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: June 3, 2011

SUSAN ILLSTON
United States District Judge