**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No. C 10-00547 CRB

12            Plaintiff,                      **FURTHER ORDER RE BAIL**

13       v.

14   SAMUEL COHEN,

15            Defendant.
                                         /
16

17       The Court has reviewed the parties' filings and is considering issuing the attached

18   Order as to bail.  The parties shall respond in writing, not to exceed 10 pages, setting forth

19   any logistical concerns presented by the proposed Order, by 1:00 pm Wednesday, August 24.

20   Defendant is also ordered to provide the Court with draft versions of the five attachments

21   referenced in the proposed Order by 1:00 pm Wednesday, August 24.  The parties may then

22   respond in writing, not to exceed 10 pages, to each other's filings by 5:00 pm Thursday,

23   August 25.

24       **IT IS SO ORDERED.**

25

26   Dated: August 22, 2011          CHARLES  R. BREYER
                                      UNITED STATES DISTRICT JUDGE
27

28

G:\CRBALL\2010\547\further order re bail.wpd