IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant.                              / | No. C 10-00547 CRB<br><br>**ORDER STAYING TRANSPORTATION ORDERS** |

Until further notice, the Court hereby STAYS any current transportation orders pertaining to Defendant Samuel Cohen.

**IT IS SO ORDERED.**

Dated: August 25, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re transportation.wpd