United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

SAMUEL COHEN,

    Defendant.

No. C 10-00547 CRB

**ORDER RE PERSONAL CLOTHING**

The Court hereby AMENDS its August 26, 2011 Order Setting Bail as to Condition 19. Defendant is permitted to remove his personal clothing[1] from storage for the sole purpose of wearing such clothing. Upon removal of any items of personal clothing from storage, Defendant is to sign a receipt with the bondsman.

**IT IS SO ORDERED.**

Dated: August 31, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

[1] The Court uses the word "clothing" in its ordinary sense, so that it includes items such as shirts, pants, undergarments, socks, shoes, and outerwear, and excludes items such as jewelry and watches.

G:\CRBALL\2010\547\Order re clothing.wpd