IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00547 CRB |
|     Plaintiff, | **ORDER FURTHER AMENDING BAIL ORDER** |
|   v. | |
| SAMUEL COHEN, | |
|     Defendant. | |

The Court hereby further AMENDS its August 26, 2011 Order Setting Bail (dkt. 196) as to Condition 20. In the alternative to posting "all money in all accounts over which he has control," Defendant may submit evidence that all of the accounts over which he has control have been frozen, and will remain frozen pending further order of the Court.

**IT IS SO ORDERED.**

Dated: September 15, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re freezing accounts.wpd