IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>SAMUEL COHEN,<br>    Defendant.                        / | No. C 10-00547 CRB<br><br>**ORDER RE RELEASE** |

As the Court held from the bench earlier today, Defendant Samuel Cohen has not yet met all of the conditions of bail, see dkt. 196, and will not be released until further order of the Court.

**IT IS SO ORDERED.**

Dated: September 16, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order re release.wpd