IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL COHEN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 10-00547 CRB<br><br>**ORDER REGARDING SECURITY IN COURTHOUSE** |

　　　The Court further AMENDS its August 26, 2011 Order Setting Bail, dkt. 196, as follows. Defendant must be accompanied by one Critical Solutions security guard while he is in the courthouse. That security guard need not be armed, and may sit in the courtroom gallery rather than at counsel table.

　　　**IT IS SO ORDERED.**

Dated: October 14, 2011

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re security.wpd