IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL COHEN,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 10-00547 CRB<br><br>**ORDER PERMITTING DEFENDANT TO SHOWER AND SHAVE** |

　　Defendant Samuel Cohen is currently in trial in this Court. The Court hereby ORDERS that he be permitted to shower and shave in preparation for his daily appearances in Court.

　　**IT IS SO ORDERED.**

Dated: October 26, 2011

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re shower.wpd