UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No**:**  **CR-10-0547CRB**   Case Name: **UNITED STATES OF AMERICA** v .**SAMUEL COHEN**

## EXHIBIT and WITNESS LIST

| **JUDGE:** CHARLES R. BREYER | **PLAINTIFF ATTORNEY:** Hallie Mitchell/Doug Spraque | **DEFENSE ATTORNEY**: Gary Lincenberg/Benjamin Lichtman |
|---|---|---|
| **TRIAL DATE:** October 13, 2011 | **REPORTER(S):** **Katherine Sullivan** | **CLERK**: Barbara Espinoza |

| PLF NO. | DEF NO | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | 9:40a.   Case called, all parties present | |
| | | | | | 10:00a.  70 prospective jurors sworn and seated. | |
| | | | | | 10:33a.  General voir dire begins | |
| | | | | | 12:00p.  Court recesses | |
| | | | | | 12:40p.  Court reconvenes, government begins voir dire | |
| | | | | | 1:04p.   Government concludes voir dire, defendant begins voir dire | |
| | | | | | 1:42p.   Defendant concludes voir dire; government resumes voir dire | |
| | | | | | 1:43p.   Government concludes voir dire | |
| | | | | | 1:44p.   Court recesses | |
| | | | | | 2:10p.   Court reconvenes | |
| | | | | | 2:13p.   Jurors excused for cause | |
| | | | | | 2:17p.   Twelve (12) jurors sworn and seated | |
| | | | | | 2:40p.   Four (4) alternate jurors sworn and seated all other are excused. | |
| | | | | | 3:00p.   Jurors excused until 8:30 a.m. on 10/17/2011 | |
| | | 10/17/2011 | | | ----------------------------------10/17/2011------------------------- | |
| | | | | | 8:30a.   Court reconvenes | |
| | | | | | 8:38a.   Government begins opening statements | |
| | | | | | 8:56a.   Government concludes opening, defendant begins opening | |
| | | | | | 9:39a.   Defendant  concludes opening, Court instructs the jury | |
| | | | | | 9:45a.   Witness *Gina Warren* called.  Witness id's defendant | G |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 9:55p. Government concludes direct examination; defendant begins cross | |
| | | | | | 10:05a. Defendant concludes cross, witness excused. | |
| | | | | | 10:07a. Jury recesses | |
| | | | | | 10:25a. Court reconvenes; witness ***John Taylor*** called | G |
| 40, 41, 173 | | | ✔ | ✔ | 10:33a. **Exhibits** | G |
| | | | | | 10:53a. Government concludes direct examination; defendant begins cross | |
| | 501 | | ✔ | ✔ | 11:03a. **Exhibit** | D |
| | 502 | | ✔ | ✔ | 11:08a. **Exhibit** | D |
| | 38 | | ✔ | ✔ | 11:10a. **Exhibit** | D |
| | 39 | | ✔ | ✔ | 11:14a. **Exhibit** | D |
| | 508 | | ✔ | | 11:25a. Exhibit | D |
| | 509 | | ✔ | | 11:35a. Exhibit | D |
| | 516 | | ✔ | ✔ | 11:43a. **Exhibit** | D |
| | 517 | | ✔ | ✔ | 11:44a. **Exhibit** | D |
| | 519 | | ✔ | ✔ | 11:45a. **Exhibit** | D |
| | | | | | 11:51a. Defendant concludes cross; government redirects | |
| | | | | | 12:03p. Government concludes redirect; defendant redirects | |
| | | | | | 12:06p. Defendant concludes redirect, jury recesses | |
| | | | | | 1:20p. Court reconvenes. ***Lorraine Bordegaray*** called | G |
| 59 | | | ✔ | ✔ | 1:25p. **Exhibit** | G |
| 186 | | | ✔ | | 1:28p. Exhibit | G |
| 240 | | | ✔ | | 1:31p. Exhibit | G |
| | | | | | 1:34p. Government concludes direct examination, defendant begins cross | |
| | | | | | 1:37p. Defendant concludes cross, witness excused. ***Christopher Shaw*** called | G |
| | | | | | 1:44p. Government concludes direct examination, defendant begins cross | |
| | 700 | | ✔ | ✔ | 1:47p. **Exhibit** | D |
| | 701 | | ✔ | ✔ | 1:48p. **Exhibit**. Defendant concludes cross, witness excused | D |
| | | | | | Witness ***Michael Farrell*** called | G |
| 187 | | | ✔ | ✔ | 2:03p. **Exhibit** | G |

| | | | | | | |
|---|---|---|---|---|---|---|
| 183 | | | ✔ | ✔ | 2:17p.  **Exhibit** | G |
| 184 | | | ✔ | ✔ | 2:28p.  **Exhibit** | G |
| | | | | | 2:40p.  Government concludes direct examination. Recess | |
| | | | | | 2:55p.  Court reconvenes | |
| | | | | | 3:00p.  Defendant begins cross | |
| | 702 | | ✔ | ✔ | 3:17p.  **Exhibit** | D |
| | | | | | 3:20p.  Defendant concludes cross, witness excused. Witness ***ROBBIE VANN-ADIBE*** called | G |
| 238 | | | ✔ | ✔ | 3:26p.  **Exhibit** | G |
| | | | | | 3:41p.  Government concludes direct examination, defendant begins cross | |
| | 518 | | ✔ | ✔ | 3:43p.  **Exhibit** | D |
| | 182 | | ✔ | ✔ | 3:51p.  **Exhibit** | D |
| | | | | | 4:01p.  Jury recesses until 10/18/2011 @ 9:30 a.m. | |
| | | 10/18/2011 | | | ---------------------------------10/18/2011-------------------------- | |
| | | | | | 9:35a.  Court reconvenes, witness ***ROBBIN VANN-ADIBE*** resumes the witness stand | |
| | 503 | | ✔ | ✔ | 9:46a.  **Exhibit** | D |
| | 504 | | ✔ | ✔ | 9:48a.  **Exhibit** | D |
| | 505 | | ✔ | ✔ | 9:53a.  **Exhibit** | D |
| | 506 | | ✔ | | 9:55a.  Exhibit | D |
| | 508 | | ✔ | | 10:08a. Exhibit | D |
| | 509 | | ✔ | | 10:12a. Exhibit | D |
| | 512 | | ✔ | | 10:18a. Exhibit | D |
| | 513 | | ✔ | | 10:25a. Exhibit | D |
| | | | | | 10:28a. Defendant concludes cross, government redirects | |
| | | | | | 10:30a. Government concludes redirect, witness excused. Recess | |
| | | | | | 10:40a. Court recesses | |
| | | | | | 10:45a. Court reconvenes, witness ***SAM MILLS*** called | G |
| 250 | | | ✔ | ✔ | 11:08a. **Exhibit** | G |
| 113 | | | ✔ | | Exhibit | G |
| | | | | | 11:51a. Government concludes direct examination, recess | |
| | | | | | 1:00p.  Court reconvenes outside the presence of the jury | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1:05p. Jury enters courtroom, defendant begins cross | |
| | 113 | | ✔ | | 1:28p. Exhibit | D |
| | 670 | | ✔ | ✔ | 1:42p. **Exhibit** | D |
| | 685 | | ✔ | | 1:55p. Exhibit | D |
| | 608 | | ✔ | | 2:08p. Exhibit | D |
| | 671 | | ✔ | ✔ | 2:14p. **Exhibit** | D |
| | 672 | | ✔ | ✔ | 2:21p. **Exhibit** | D |
| | | | | | 2:26p. Jury recesses, court proceeds outside the presence of the jury re exh 608 | |
| | | | | | 2:36p. Court recesses | |
| | | | | | 2:45p. Court reconvenes | |
| 703, 611- 614 | | | ✔ | | 2:54p. Exhibits | D |
| | 703 | | | ✔ | 2:55p. **Exhibit** | D |
| | 611 | | | ✔ | 2:57p. **Exhibit** | D |
| | 612 | | | ✔ | 3:01p. **Exhibit** | D |
| | 613 | | | ✔ | 3:03p. **Exhibit** | D |
| | 614 | | | ✔ | 3:05p. **Exhibit** | D |
| | 674 | | ✔ | ✔ | 3:08p. **Exhibit** | D |
| | 675 | | ✔ | ✔ | 3:11p. **Exhibit** | D |
| | 621 | | ✔ | ✔ | 3:14p. **Exhibit** | D |
| 622, 624, 628, 625 | | | ✔ | | 3:15p. Exhibit | D |
| | 624 | | | ✔ | 3:17p. **Exhibit** | D |
| | 622 | | | ✔ | **Exhibit** | D |
| | 628 | | | ✔ | 3:19p. **Exhibit** | D |
| | 625 | | | ✔ | 3:20p. **Exhibit** | D |
| 637, 639 | | | ✔ | ✔ | 3:24p. **Exhibits** | D |
| 640 - 645 | | | ✔ | ✔ | 3:32p. **Exhibits** | D |
| | 646 | | ✔ | ✔ | 3:34p. **Exhibit** | D |
| | 677 | | ✔ | ✔ | 3:36p. **Exhibit** | D |
| 648, 649 | | | ✔ | | 3:42p. Exhibit | D |
| | 649 | | | ✔ | 3:44p. **Exhibit** | D |
| | 648 | | | ✔ | 3:46p. **Exhibit** | D |
| 654, 655 | | | ✔ | ✔ | 3:47p. **Exhibits** | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| 662 | | | ✔ | ✔ | 3:48p.  **Exhibit** | D |
| 663, 666, 667 | | | ✔ | ✔ | 3:49p.  **Exhibits** | D |
| | 678 | | ✔ | ✔ | 3:59p.  **Exhibits** | D |
| | 680 | | ✔ | ✔ | 4:02p.  **Exhibit** | D |
| | | | | | Jury recesses until 10/19/2011 @ 8:30 a.m. | |
| | | 10/19/2011 | | | --------------------------------10/19/2011-------------------------- | |
| | | | | | 8:35a.   Court reconvenes outside the presence of the jury | |
| | | | | | 8:50a.   Jury enters courtroom, *SAM MILLS* resumes the witness stand | |
| | 681 | | ✔ | ✔ | 8:58a.  **Exhibit** | D |
| | 682 | | ✔ | ✔ | 9:01a.  **Exhibit** | D |
| | 683 | | ✔ | ✔ | 9:05a.  **Exhibit** | D |
| | 704 | | ✔ | ✔ | 9:07a.  **Exhibit** | D |
| | | | | | 9:09a.   Defendant concludes cross, government redirects | |
| | | | | | 9:55a.   Government concludes redirect, defendant redirects cross | |
| | | | | | 10:11a.  Defendant concludes redirect, witness excused. Recess | |
| 249 | | | ✔ | ✔ | 10:35a.  Court reconvenes - **Exhibit (stipulations)** | G |
| | | | | | 10:38a.  Witness *HARI DILLON* called | G |
| 180 | | | ✔ | ✔ | 10:50a.  **Exhibit** | G |
| 181 | | | ✔ | ✔ | 10:51a.  **Exhibit** | G |
| 42 | | | ✔ | ✔ | 11:03a.  **Exhibit** | G |
| 43 | | | ✔ | ✔ | 11:09a.  **Exhibit** | G |
| 47 | | | ✔ | ✔ | 11:15a.  **Exhibit** | G |
| 25, 26, 27, 27A | | | ✔ | ✔ | 11:25a.  **Exhibit** | G |
| 48 | | | ✔ | ✔ | 11:35a.  **Exhibit** | G |
| 49 | | | ✔ | ✔ | 11:38a.  **Exhibit** | G |
| 50 | | | ✔ | ✔ | 11:39a.  **Exhibit** | G |
| 51 | | | ✔ | ✔ | **Exhibit** | G |
| 52 | | | ✔ | ✔ | 11:41a.  **Exhibit** | G |
| 57 | | | ✔ | ✔ | 11:44a.  **Exhibit** | G |
| 192 | | | ✔ | ✔ | 11:45a.  **Exhibit** | G |
| 61 | | | ✔ | ✔ | 11:55a.  **Exhibit** | G |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60, 153 | | | ✔ | ✔ | 11:58a. **Exhibit** | G |
| | | | | | 12:00p. Recess | |
| | | | | | 12:23p. Court reconvenes | |
| 62 | | | ✔ | ✔ | 12:24p. **Exhibit** | G |
| 193 | | | ✔ | ✔ | 12:25p. **Exhibit** | G |
| 64 | | | ✔ | ✔ | 12:27p. **Exhibit** | G |
| 56 | | | ✔ | ✔ | 12:29p. **Exhibit** | G |
| 195 | | | ✔ | ✔ | 12:32p. **Exhibit** | G |
| 66 | | | ✔ | ✔ | 12:34p. **Exhibit** | G |
| 196 | | | ✔ | ✔ | 12:37p. **Exhibit** | G |
| 69 | | | ✔ | ✔ | 12:39p. **Exhibit** | G |
| 70 | | | ✔ | ✔ | 12:40p. **Exhibit** | G |
| 71 | | | ✔ | ✔ | 12:41p. **Exhibit** | G |
| 72 | | | ✔ | ✔ | **Exhibit** | G |
| 73 | | | ✔ | ✔ | **Exhibit** | G |
| 198 | | | ✔ | ✔ | 12:48p. **Exhibit** | G |
| 75 | | | ✔ | ✔ | 12:50p. **Exhibit** | G |
| 199 | | | ✔ | ✔ | 12:53p. **Exhibit** | G |
| 79 | | | ✔ | ✔ | 12:56p. **Exhibit** | G |
| 80 | | | ✔ | ✔ | 12:58p. **Exhibit** | G |
| 81 | | | ✔ | ✔ | 1:00p. **Exhibit** | G |
| 82 | | | ✔ | ✔ | 1:02p. **Exhibit** | G |
| 202 | | | ✔ | | Exhibit (stricken) | |
| 251 | | | ✔ | ✔ | 1:14p. **Exhibit** | G |
| 203 | | | ✔ | ✔ | 1:18p. **Exhibit** | G |
| 112 | | | ✔ | ✔ | 1:21p. **Exhibit** | G |
| 204 | | | ✔ | ✔ | 1:25p. **Exhibit** | G |
| | | | | | 1:31p. Court recesses until 10/20/2011 @ 9:30 a.m. | |
| | | 10/20/2011 | | | ---------------------------------10/20/2011-------------------------- | |
| | | | | | 9:35a. Court reconvenes, witness ***HARI DILLON*** resumes the witness stand | |
| 86 | | | ✔ | ✔ | 9:39a. **Exhibit** | G |

| | | | | | | |
|---|---|---|---|---|---|---|
| 88 | | | ✔ | ✔ | 9:41a.  **Exhibit** | G |
| 89 | | | ✔ | ✔ | 9:43a.  **Exhibit** | G |
| 91 | | | ✔ | ✔ | 9:44a.  **Exhibit** | G |
| 93 | | | ✔ | ✔ | 9:46a.  **Exhibit** | G |
| 232 | | | ✔ | ✔ | 9:49a.  **Exhibit** | G |
| 94 | | | ✔ | ✔ | 9:52a.  **Exhibit** | G |
| 95 | | | ✔ | ✔ | 9:54a.  **Exhibit** | G |
| 97 | | | ✔ | ✔ | 9:55a.  **Exhibit** | G |
| 169 | | | ✔ | ✔ | 9:57a.  **Exhibit** | G |
| 98 | | | ✔ | ✔ | 9:59a.  **Exhibit** | G |
| 100 - 105 | | | ✔ | ✔ | 10:01a. **Exhibit** | G |
| 106 - 115 | | | ✔ | ✔ | 10:23a. **Exhibit** | G |
| 116 | | | ✔ | ✔ | 10:43a. **Exhibit** | G |
| 169 | | | ✔ | ✔ | 9:57a.  **Exhibit** | G |
| 169 | | | ✔ | ✔ | 9:57a.  **Exhibit** | G |
| 169 | | | ✔ | ✔ | 9:57a.  **Exhibit** | G |
| 169 | | | ✔ | ✔ | 9:57a.  **Exhibit** | G |
| 205 | | | ✔ | ✔ | 10:45a. **Exhibit**, recess | G |
| | | | | | 11:05a. Court reconvenes | |
| 252, 206, 207, 209, 211, 213, 118, 119, 121, 122 | | | ✔ | ✔ | 11:08a. **Exhibits** | G |
| 215 - 219 | | | ✔ | ✔ | 11:45a. **Exhibits** | G |
| 128 | | | ✔ | ✔ | 11:56a. **Exhibit** | G |
| | | | | | 12:00p. Court recesses | |
| | | | | | 1:05p.  Court reconvenes outside the presence of the jury re to admonishing an observer | |
| | | | | | 1:15p.  Jury enters courtroom | |
| 221 | | | ✔ | ✔ | 1:16p.  **Exhibit** | G |
| 222 | | | ✔ | ✔ | 1:17p.  **Exhibit** | G |
| 129 | | | ✔ | ✔ | 1:19p.  **Exhibit** | G |
| 223 | | | ✔ | ✔ | 1:20p.  **Exhibit** | G |
| 132 | | | ✔ | ✔ | 1:22p.  **Exhibit** | G |
| 133 | | | ✔ | ✔ | 1:23p.  **Exhibit** | G |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 226 | | | ✔ | ✔ | 1:41p. | **Exhibit** | G |
| 138 | | | ✔ | ✔ | 1:45p. | **Exhibit** | G |
| 141 | | | ✔ | ✔ | 1:46p. | **Exhibit** | G |
| 142 | | | ✔ | ✔ | 1:47p. | **Exhibit** | G |
| 143 | | | ✔ | ✔ | 1:48p. | **Exhibit** | G |
| 144 | | | ✔ | ✔ | 1:49p. | **Exhibit** | G |
| 227 | | | ✔ | ✔ | 1:55p. | **Exhibit** | G |
| 146 - 152 | | | ✔ | ✔ | 1:57p. | **Exhibit** | G |
| | | | | | 2:15p. | Government concludes direct examination, recess | |
| | | | | | 2:30p. | Court reconvenes, defendant begins cross | |
| | 77 | | ✔ | ✔ | 2:42p. | **Exhibit** | D |
| | 582 | | ✔ | ✔ | 3:09p. | **Exhibit** | D |
| | 579 | | ✔ | | 3:16p. | Exhibit | D |
| | 44 | | ✔ | ✔ | 3:29p. | **Exhibit** | D |
| | 131 | | ✔ | ✔ | 3:35p. | **Exhibit** | D |
| | 135 | | ✔ | ✔ | 3:36p. | **Exhibit** | D |
| | 139 | | ✔ | ✔ | 3:37p. | **Exhibit** | D |
| | 521 | | ✔ | ✔ | 3:39p. | **Exhibit** | D |
| | | | | | 4:00p. | Jury recesses, court proceeds outside the presence of the jury | |
| | | | | | 4:15p. | Court recesses until 10/24/2011 @ 8:30 a.m. | |
| | | 10/24/2011 | | | -------------------------------------10/24/2011-------------------------- | | |
| | | | | | 8:30a. | Court reconvenes, witness **HARI DILLON** resumes the witness stand | |
| | 523 | | ✔ | | 8:43a. | Exhibit | D |
| | 524 | | ✔ | | 8:46a. | Exhibit | D |
| | 526 | | ✔ | ✔ | 9:00a. | **Exhibit** | D |
| | 527 | | ✔ | ✔ | 9:05a. | **Exhibit** | D |
| | 528 | | ✔ | ✔ | 9:12a. | **Exhibit** | D |
| | 529 | | ✔ | ✔ | 9:25a. | **Exhibit** | D |
| | 531 | | ✔ | | 9:33a. | Exhibit | D |
| | | | | | 9:34a. | Jury recesses, court proceeds outside the presence of the jury | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 9:58a.   Court reconvenes | |
| 531A | | | ✔ | ✔ | 10:00a. **Exhibit** | D |
| 532A | | | ✔ | ✔ | 10:10a. **Exhibit** | D |
| 537A | | | ✔ | ✔ | 10:17a. **Exhibit** | D |
| | 538 | | ✔ | ✔ | 10:26a. **Exhibit**  (subject to mtn to strike) | D |
| | 595 | | ✔ | ✔ | 10:32a. **Exhibit** | D |
| | 710 | | ✔ | ✔ | 10:38a. **Exhibit** | D |
| | 711 | | ✔ | ✔ | 10:47a. **Exhibit** | D |
| | 712 | | ✔ | ✔ | 10:55a. **Exhibit** | D |
| | 188 | | ✔ | ✔ | 11:42a. **Exhibit** | D |
| | | | | | 11:48a. Jury recesses | |
| | | | | | 12:13p. Court recesses | |
| | | | | | 1:05p.   Court reconvenes | |
| | 594 | | ✔ | ✔ | 1:20p. **Exhibit** (admitted as another #) | D |
| | 598 | | ✔ | ✔ | 1:25p. **Exhibit** | D |
| | 608 | | ✔ | ✔ | admitted on 10/18 outside the presence of the jury | D |
| | 609 | | ✔ | ✔ | **Exhibit** | D |
| 599, 600 | | | ✔ | | 1:37p. Exhibit | D |
| 599, 600 | | | | ✔ | 1:39p. **Exhibit** | D |
| | 610 | | ✔ | ✔ | 1:42p. **Exhibit** | D |
| | 714 | | ✔ | ✔ | **Exhibit** | D |
| | 715 | | ✔ | ✔ | 1:48p. **Exhibit** | D |
| | 617 | | ✔ | ✔ | 1:51p. **Exhibit** | D |
| | 618 | | ✔ | ✔ | **Exhibit** | D |
| | 619 | | ✔ | ✔ | **Exhibit** | D |
| | 620 | | ✔ | ✔ | **Exhibit** | D |
| | 623 | | ✔ | ✔ | **Exhibit** | D |
| | 627 | | ✔ | ✔ | 1:55p. **Exhibit** | D |
| | 630 | | ✔ | ✔ | 1:57p. **Exhibit** | D |
| | 631 | | ✔ | ✔ | **Exhibit** | D |
| | 632 | | ✔ | ✔ | **Exhibit** | D |
| | 633 | | ✔ | ✔ | **Exhibit** | D |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 605 | | ✔ | ✔ | 2:00p. | **Exhibit** | D |
| | 634 | | ✔ | ✔ | 2:01p. | **Exhibit** | D |
| | 635 | | ✔ | ✔ | | **Exhibit** | D |
| | 636 | | ✔ | ✔ | 2:02p. | **Exhibit** | D |
| | 647 | | ✔ | ✔ | | **Exhibit** | D |
| 650, 651 | | | ✔ | ✔ | | **Exhibits** | D |
| | 652 | | ✔ | ✔ | | **Exhibit** | D |
| | 653 | | ✔ | ✔ | 2:04p. | **Exhibit** | D |
| | 656 | | ✔ | ✔ | | **Exhibit** | D |
| | 657 | | ✔ | ✔ | | **Exhibit** | D |
| | 658 | | ✔ | ✔ | | **Exhibit** | D |
| | 659 | | ✔ | ✔ | | **Exhibit** | D |
| | 660 | | ✔ | ✔ | | **Exhibit** | D |
| | 664 | | ✔ | ✔ | 2:05p. | **Exhibit** | D |
| | 665 | | ✔ | ✔ | | **Exhibit** | D |
| | 668 | | ✔ | ✔ | 2:07p. | **Exhibit** | D |
| | 669 | | ✔ | ✔ | | **Exhibit** | D |
| | 661 | | ✔ | ✔ | 2:08p. | **Exhibit** | D |
| 705, 706, 707 | | | ✔ | | 2:12p. | Exhibits | D |
| | 705 | | | ✔ | | **Exhibit** | D |
| | 706 | | | ✔ | 2:14p. | **Exhibit** | D |
| | 707 | | | ✔ | 2:15p. | **Exhibit**, defendant concludes cross, recess | D |
| | | | | | 2:30p. | Court reconvenes, government begins redirect | |
| 204A | | | ✔ | ✔ | 2:52p. | **Exhibit** | G |
| 204B | | | ✔ | ✔ | 2:53p. | **Exhibit** | G |
| 204C | | | ✔ | ✔ | 2:56p. | **Exhibit** | G |
| 255 | | | ✔ | ✔ | 3:14p. | **Exhibit** | G |
| 256 | | | ✔ | ✔ | 3:16p. | **Exhibit** | G |
| | | | | | 3:27p. | Government concludes redirect, defendant redirects cross. Witness excused, witness ***SUSANNA MOORE*** called | G |
| 28 | | | ✔ | ✔ | 3:36p. | **Exhibit** | G |
| 167 | | | ✔ | ✔ | 3:40p. | **Exhibit** | G |
| | | | | | 3:58p. | Recess until 10/25/2011 @ 9:30 a.m. | |

| | | | | | |
|---|---|---|---|---|---|
| | 10/25/2011 | | | -------------------------------10/25/2011------------------------------- | |
| | | | | 9:30a.   Court reconvenes, ***SUSANNA MOORE*** resumes the witness stand | |
| 28A | | | ✔ | | 9:40a.   **Exhibit** | G |
| | | | | 9:49a.   Government concludes direct examination, defendant begins cross | |
| | | | | 10:27a.  Defendant concludes cross, government begins redirect | |
| | | | | 10:31a.  Government concludes redirect, witness excused. Witness ***MARY MILLS*** called | G |
| 253 | | | ✔ | ✔ | 11:00a.  **Exhibit** | G |
| | | | | 11:13a.  Government concludes direct examination, recess | |
| | | | | 11:34a.  Defendant begins cross | |
| | | | | 12:18p.  Defendant concludes cross, government redirects | |
| | | | | 12:28p.  Government concludes redirect, defendant redirects cross | |
| | | | | 12:29p.  Defendant concludes redirect, witness excused | |
| | | | | 12:31p.  Court recesses | |
| | | | | 1:30p.   Court reconvenes, witness ***JANE SEGAL*** called | G |
| 254, 254A | | | ✔ | | 1:55p.   Exhibit | G |
| | | | | 1:59p.  Government concludes direct examination, defendant begins cross | |
| | 220 | | ✔ | | 2:20p.   Exhibit | D |
| | | | | 2:26p.   Defendant concludes cross, witness excused.  Recess | |
| | | | | 2:45p.   Court reconvenes, witness ***HAROLD SHULMAN*** | G |
| 154 | | | ✔ | ✔ | 2:49p.   **Exhibit** (subject to mtn in limine) | G |
| 155 | | | ✔ | ✔ | 2:51p.   **Exhibit** | G |
| 156 | | | ✔ | ✔ | 2:52p.   **Exhibit** | G |
| 158 | | | ✔ | ✔ | 2:54p.   **Exhibit** | G |
| 160 | | | ✔ | ✔ | 2:56p.   **Exhibit** | G |
| 161 | | | ✔ | ✔ | 2:57p.   **Exhibit** | G |
| 162 | | | ✔ | ✔ | 2:58p.   **Exhibit** | G |
| 163 | | | ✔ | ✔ | 3:00p.   **Exhibit** | G |
| 30, 31, 32 | | | ✔ | ✔ | 3:02p.   **Exhibit** | G |

| | | | | | | |
|---|---|---|---|---|---|---|
| 164 | | | ✔ | ✔ | **Exhibit** | G |
| 165 | | | ✔ | ✔ | 3:09p. **Exhibit** | G |
| 166 | | | ✔ | ✔ | 3:13p. **Exhibit** | G |
| | | | | | 3:17p. Government concludes direct examination, defendant begins cross | |
| | | | | | 3:29p. Defendant concludes cross, government redirects | |
| 157 | | | ✔ | ✔ | 3:30p. **Exhibit** | G |
| | | | | | 3:32p. Government concludes redirect, defendant redirects cross. | |
| | | | | | 3:35p. Witness excused, jury recesses until 10/26/2011 @ 9:30 a.m. | |
| | | | | | 3:49p. Court recesses from trial proceeds into bail hearing | |
| | | 10/26/2011 | | | -------------------------------------10/26/2011-------------------------- | |
| | | | | | 9:30a. Court reconvenes | |
| | | | | | 9:41a. Witness ***GREGORY ZANOLLI*** called | G |
| | | | | | 9:51a. Government concludes direct examination, defendant begins cross | |
| | | | | | 9:59a. Defendant concludes cross, government redirects. Witness excused, witness ***MARTIN WASHOFSKY*** called | G |
| 177 | | | ✔ | ✔ | 10:08a. **Exhibit** | G |
| 177A | | | ✔ | ✔ | 10:10a. **Exhibit** | G |
| 177B | | | ✔ | ✔ | 10:14a. **Exhibit** | G |
| | | | | | 10:17a. Government concludes direct examination, defendant begins cross | |
| | | | | | 10:20a. Defendant concludes cross, government redirects | |
| | | | | | 10:22a. Government concludes redirect, witness excused. Witness ***STEVE SEGRICH*** called | G |
| 239 | | | ✔ | ✔ | 10:27a. **Exhibit** | G |
| | | | | | 10:40a. Government concludes direct examination, no cross, witness excused. Witness ***MICHAEL PETRAS*** called | G |
| 175 | | | ✔ | ✔ | 10:49a. **Exhibit** | G |
| | | | | | 10:55a. Government concludes direct examination. Recess | |
| | | | | | 11:13a. Court reconvenes. Defendant begin cross | |
| | | | | | 11:23a. Defendant concludes cross witness excused. Witness ***JAMES OERTEL*** called | G |

| | | | | | |
|---|---|---|---|---|---|
| 29, 1 - 24.5 | | ✔ | ✔ | 11:30a. **Exhibits** | G |
| 33 - 35 | | ✔ | ✔ | 11:49a. **Exhibits** | G |
| | | | | 12:00p. Government concludes direct examination. Recess | |
| | | | | 1:15p. Court reconvenes, defendant begins cross | |
| 249A, 171 | | ✔ | ✔ | 1:28p. **Exhibits** | G |
| | | | | 1:27p. Witness ***JOHN SAAVEDRA*** | |
| 36 | | ✔ | ✔ | 1:34p. **Exhibit** | G |
| 36A | | | ✔ | 2:25p. Exhibit. Government concludes direct examination, defendant begins cross | |
| 236 | | ✔ | ✔ | 2:32p. **Exhibit**, defendant concludes cross. Jury recesses until 10/27/2011 @ 9:30 a.m., court proceeds outside the presence of the jury regarding motions | |
| | | | | 3:45p. Court recesses | |
| | 10/27/2011 | | | ----------------------------------10/27/2011-------------------------- | |
| | | | | 9:40a. Court reconvenes, witness ***WILLIAM MEEKER*** | G |
| 174 | | ✔ | ✔ | 9:45a. **Exhibit** | G |
| | | | | 10:05a. Government concludes direct examination, defendant begins cross | |
| | | | | 10:10a. Defendant concludes cross; witness excused | |
| 179 | | ✔ | ✔ | 10:11a. **Exhibit** | G |
| 178, 237 | | ✔ | ✔ | **Exhibit. GOVERNMENT REST.** Jury recesses | |
| | | | | 10:12a. D's Rule 29 Motion | |
| | | | | 10:15a. Court recesses | |
| | | | | 10:40a. Court reconvenes, witness ***DANNY GLOVER*** | D |
| | 68 | ✔ | ✔ | **Exhibit** | D |
| | | | | 11:49a. Defendant concludes direct examination, government begins cross | |
| 257 | | ✔ | ✔ | 12:03p. **Exhibit** | G |
| | | | | 12:05p. Government concludes cross, defendant redirects | |
| | | | | 12:06p. Defendant concludes redirect, witness excused. Recess | |
| | | | | 12:10p. Court reconvenes outside the presence of the jury regarding bond issue | |
| | | | | 12:17p. Recess | |
| | | | | 1:20p. Court reconvenes, witness ***RODGER MCAULAY*** | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 2:05p.   Jury recesses | |
| | | | | | 2:13p.   Court recesses | |
| | | | | | 2:22p.   Court reconvenes | |
| | 725 | | ✔ | ✔ | 2:31p.   **Exhibit** | D |
| | | | | | 2:33p.   Defendant concludes direct examination, government begins cross | |
| 258 | | | ✔ | | Exhibit | D |
| | | | | | 3:00p.   Government concludes cross, witness excused. Witness *SCOTT RYLES* called | D |
| | 726 | | ✔ | ✔ | 3:15p.   **Exhibit** | D |
| | | | | | 3:24p.   Defendant concludes direct examination, government begins cross | |
| | | | | | 3:39p.   Government concludes cross, defendant redirects | |
| | | | | | 3:41p.   Defendant concludes redirect, witness excused | |
| | | | | | 3:50p.   Jury recesses until 11/7/2011 @ 8:30 a.m. | |
| | | | | | 4:00p.   Court proceeds outside the presence of the jury regarding bond issues | |
| | | 11/7/2011 | | | -------------------------------------11/7/2011------------------------- | |
| | | | | | 7:50a.   Court reconvenes outside the presence of the jury re mtn to exclude testimony | |
| | | | | | 8:45a.   Jury enters courtroom, Juror no. 8 excused and alternate juror 1 placed in.  Witness *WILLIAM BALSON* | D |
| | | | | | 9:03a.   Defendant concludes direct examination, government begins cross | |
| | | | | | 9:06a.   Government concludes cross, defendant redirects | |
| | | | | | 9:07a.   Defendant concludes redirect, witness excused. Witness *CHRISTOPHER DONOHUE* called | D |
| | | | | | 9:13a.   Defendant concludes direct examination, government begins cross examination | |
| | | | | | 9:15a.   Government concludes cross, witness excused.  Jury recesses. *Thomas Lawson* sworn outside the presence of the jury | |
| | | | | | 9:30a.   Court recesses | |
| | | | | | 10:00a. Court reconvenes witness *THOMAS LAWSON* called | D |
| 750 thru 761 | | | ✔ | ✔ | **Exhibits** | D |
| | | | | | 10:50a.   Defendant concludes direct examination; government begins cross | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 750A | | ✔ | ✔ | 10:51a. **Exhibit** | | G |
| | | | | 11:01a. Government concludes cross, defendant redirects | | |
| | | | | 11:03a. Defendant concludes redirect, witness excused. Defendant REST | | |
| | | | | 11:05a. Jury recesses until 8:30 a.m. on 11/8/2011 | | |
| | | | | 11:28a. Court recesses until 2:00 p.m. on 11/7/2011 | | |
| | | | | 2:00p. Court reconvenes regarding jury instructions | | |
| | | | | 3:45p. Court recesses until 8:15 a.m. on 11/8/2011 | | |
| | 11/08/2011 | | | ---------------------------------11/08/2011-------------------------- | | |
| | | | | 8:15a. Court reconvenes outside the presence of the jury and the defendant | | |
| | | | | 8:25a. Defendant present | | |
| | | | | 8:30a. Court recesses | | |
| | | | | 8:45a. Court reconvenes, juror no. 5 excused and alternate juror 2 placed in. Court instructs the jury | | |
| | | | | 9:06a. Government begins closing argument | | |
| | | | | 10:40a. Court recesses | | |
| | | | | 10:55a. Court reconvenes, government resumes closing | | |
| | | | | 11:55a. Government concludes closing, court recesses | | |
| | | | | 12:45p. Court reconvenes, defendant begins closing argument | | |
| | | | | 2:10p. Jury recesses | | |
| | | | | 2:20p. Court recesses | | |
| | | | | 2:30p. Court reconvenes | | |
| | | | | 2::35p. Jury recesses | | |
| | | | | 2:40p. Court recesses | | |
| | | | | 3:50p. Court reconvenes | | |
| | | | | 4:00p. Defendant concludes closing, court recesses until 8:30 a.m. on 11/9/2011 | | |
| | 11/9/2011 | | | ---------------------------------11/9/2011-------------------------- | | |
| | | | | 8:30a. Court reconvenes, government begins rebuttal | | |
| | | | | 9:29a. Government concludes rebuttal, Court instructs the jury | | |
| 750A | | | | 10:20a. Jury begins deliberations | | |
| | | | | 12:00p. Jury recesses | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | 12:30p. | Jury resumes deliberations |  |
|  |  |  |  | 4:12p. | Jury note |  |
|  |  |  |  | 4:17p. | Court reconvenes jury note |  |
|  |  |  |  | 4:33p. | Court recesses |  |
|  |  |  |  | 5:20p. | Verdict |  |
|  |  |  |  | 5:25p. | Court reconvenes |  |
|  |  |  |  | 5:28p. | Jury enters courtroom |  |
|  |  |  |  | 5:32p. | Jury polled, Verdict entered |  |
|  |  |  |  | 5:40p. | Jury excused |  |
|  |  |  |  | 6:02p. | Defendant remanded to custody, court recesses |  |