1  further continuances will be given.

2  **IT IS SO ORDERED.**

4  Dated: December 7, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE