IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL COHEN,<br><br>    Defendant.<br>_____ / | No. C 10-00547 CRB<br><br>**ORDER AS TO CONTINUANCES OF FILING DEADLINE** |

On November 18, 2011, the Defendant sought a four week continuance of his deadline to file a Rule 33 Motion, representing that "Cohen will retain new counsel as soon as next week." See dkt. 297 at 1. The Court granted the Defendant a two week continuance, explaining that this doubled the amount of time provided by the Rule, and that "[n]o further extensions will be granted unless new counsel substitutes in by that date." See dkt. 298. Yesterday – the last day before the new deadline – the Defendant sought a further continuance, representing that "Mr. Cohen has selected new counsel and will retain them this week." See dkt. 299. The Court granted this request so as not to prejudice the Defendant, continuing the deadline to December 14, 2011. See dkt. 300. The Court writes to clarify, for the benefit of both the Defendant and his existing counsel, that unless new counsel substitutes in by December 14, 2011, the deadline will remain December 14, 2011. No

//

1 further continuances will be given.

2      **IT IS SO ORDERED.**

4 Dated: December 7, 2011      CHARLES R. BREYER
     UNITED STATES DISTRICT JUDGE