IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL COHEN,<br><br>    Defendant._____/ | No. C 10-00547 CRB<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Defendant Samuel Cohen's Motion for Leave to File Motion for Reconsideration of Order Denying Release of Trial Exhibits (dkt. 359) is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 21, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order re reconsid.wpd