UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br>   a/k/a Mouli Cohen,<br><br>    Defendant. | No. CR 10-0547 CRB<br><br>[PROPOSED] FORFEITURE ORDER |

For the reasons set forth in the Government's Application for an Order of Forfeiture, and based on evidence set forth at trial and in post-trial filings, and other good cause appearing, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the 2005 Jaguar Super V8, VIN # SAJWA82B55TG46178, is hereby forfeited to the United States.

2. The Court hereby orders a money judgment in the amount of $31,422,403.06 against defendant Samuel "Mouli" Cohen.

3. To the extent permitted by F.R.Cr.P. Rule 32.2(b)(2)(C) and other law, this Court shall retain jurisdiction regarding forfeiture matters in this case to take additional action and to enter further orders as necessary to modify, to implement, and to enforce this Order.

**IT IS SO ORDERED**.

DATED: April __25__, 2012

_____
CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

GOVT. MOT. FOR FORFEIT.;
CR 10-0547 CRB