IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br> v.<br>SAMUEL COHEN,<br>   Defendant.       / | No. C 10-00547 CRB<br><br>**ORDER RE-SETTING RESTITUTION HEARING** |

  The Court has received Defendant's Request for Scheduling Modification (dkt. 379), submitted April 27, 2012, pertaining to the restitution hearing initially scheduled for May 4, 2012. The Court hereby RE-SETS the hearing on restitution for Thursday, May 3, 2012 at 10:00 AM.

  **IT IS SO ORDERED.**

Dated: April 30, 2012

                CHARLES R. BREYER
                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\order re restitution hearing.wpd