# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 12-10240  U.S. District Court Case No. 3:10 CR-00547 CRB

Short Case Title  U.S. v. Samuel Cohen

Date Notice of Appeal Filed by Clerk of District Court  05/07/12

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| | SEE EXHIBIT A | SEE EXHIBIT A |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As ~~retained counsel (or~~ litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
Samuel Cohen
c/o Marcus S. Topel
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140

Date Transcript Ordered **May 25, 2012**

*Samuel Cohen by MST*
Signature ~~Attorney~~/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRANSCRIPT DESIGNATION AND ORDERING FORM (CONTINUED)

## EXHIBIT A

**SECTION A**

| HEARING DATE | COURT REPORTER | HEARING TYPE |
| --- | --- | --- |
| 05/13/11 | Sahar Bartlett | Motion Hearing (TRANSCRIPT ALREADY FILED AT DOCKET #136) |
| 06/03/11 | Kathy Wyatt | Motion Hearing (TRANSCRIPT ALREADY FILED AT DOCKET #147) |
| 06/15/11 | Peter Torreano | Status Conference |
| 08/30/11 | Sahar Bartlett | Pretrial Motions, Motions in Limine, Pretrial Conference |
| 10/12/11 | Christine Triska | Status Conference |
| 10/13/11 | Katherine Sullivan | Voire Dire/Jury Selection |
| 10/14/11 | Katherine Sullivan | Motion in Limine Hearing |
| 10/17/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #329) |
| 10/18/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #330) |
| 10/19/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #331) |
| 10/20/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #332) |
| 10/24/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #333) |
| 10/25/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #334) |
| 10/26/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #335) |
| 10/27/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #336) |
| 10/28/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #337) |

8118729v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRANSCRIPT DESIGNATION AND ORDERING FORM (CONTINUED)

## EXHIBIT A

### SECTION A

| HEARING DATE | COURT REPORTER | HEARING TYPE |
| --- | --- | --- |
| 11/07/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #338) |
| 11/08/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #339) |
| 11/09/11 | Katherine Sullivan | Trial (TRANSCRIPT ALREADY FILED AT DOCKET #340) |
| 01/04/12 | Margo Gurule | Motion to Continue Sentencing |
| 03/05/12 | Sahar Bartlett | Motion for Release of Exhibits |
| 03/21/12 | Joan Columbini | Motion to Continue Sentencing |
| 04/18/12 | Kathy Wyatt | Hearing on Motions for Judgment of Acquittal and for New Trial (TRANSCRIPT ALREADY FILED AT DOCKET #384) |
| 04/24/12 | Lydia Zinn | Sentencing Hearing |
| 04/30/12 | Christine Triska | Sentencing Hearing (TRANSCRIPT ALREADY FILED AT DOCKET #385) |
| 05/03/12 | Christina Triska | Restitution Hearing |