IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant.<br>_____/ | No. C 10-00547 CRB<br><br>**ORDER TO SHOW CAUSE** |

Defendant Samuel Cohen has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. See Petition (dkt. 458). He argues that (1) his counsel was deficient and ineffective for six reasons; (2) he was denied Due Process for four reasons; and (3) the money laundering and tax convictions, and the forfeiture and restitution amounts, should all be vacated. Id.

Good cause appearing therefor, the Government is hereby ORDERED to file an answer to Defendant's motion within 60 days of this Order. If Defendant wishes to respond to that answer, he shall file a traverse with the Court and serve it on respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: May 21, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\OSC 2255.wpd