1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

No. CR 10-00547 CRB

12

Plaintiff,

**ORDER RE CONTINUANCE**

13

v.

14

SAMUEL COHEN,

15

Defendant.

16                                                                            /

17        Defendant Samuel Cohen and Petitioner Stacy Stripling seek a continuance to file a

18    petition asserting a right, title, and interest in property subject to forfeiture in this case.

19    See Applications (dkts. 480, 481).  Good cause appearing therefor, the Court will extend the

20    time to file such a petition from July 1, 2015 to August 17, 2015.

21        **IT IS SO ORDERED.**

22

Dated:  July 17, 2015

23
                                                          CHARLES  R. BREYER
                                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28

G:\CRBALL\2010\547\Order re continuance.wpd

**United States District Court**
For the Northern District of California