IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant. | No. C 10-00547 CRB<br><br>**ORDER DENYING AS MOOT DEFENDANT'S APPLICATION** |

Defendant Samuel Cohen has filed an Application asking the Court to continue to July 24, 2015 Defendant's deadline to file a petition asserting his interest in property subject to forfeiture in this case. See Application (dkt. 487). As this Court has already continued that deadline to August 17, 2015, Defendant's Application is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: July 28, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re continuance2.wpd