IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant.<br>_____/ | No. C 10-00547 CRB<br><br>**ORDER GRANTING CONTINUANCE** |

    Defendant Samuel Cohen has filed an Application asking the Court to continue to November 30, 2015 the deadline to file the Reply brief in his Section 2255 case. <u>See</u> Application (dkt. 501). That Application is GRANTED.

    **IT IS SO ORDERED.**

Dated: September 24, 2015

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order re continuance 2255 reply.wpd