IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant. | No. CR 10-00547 CRB<br><br>**ORDER DENYING MOTION TO STAY AND GRANTING FINAL EXTENSION** |

In lieu of the Traverse due on February 4, 2016, Petitioner Samuel Cohen filed on February 8, 2016 a Motion for Stay Pursuant to the Petitioner's 28 U.S.C. § 2255. See Mot. (dkt. 522). The Court explained that, "[i]n order to rule on Petitioner's Motion, the Court requires further detail about what relevant information the three identified witnesses—Mr. Wilson, Ms. Brown, and Mr. Edelshtain—possess," and the Court gave Petitioner ten days to filed detailed declarations from the three witnesses. See Order (dkt. 523). Petitioner failed to comply with the Court's Order. Accordingly, Petitioner's Motion is DENIED. Petitioner shall filed his Traverse on or before March 15, 2016.

**IT IS SO ORDERED.**

Dated: February 22, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\547\Order denying 2255 stay.wpd