IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL COHEN,<br><br>    Defendant._____/ | No. CR 10-00547 CRB<br><br>**ORDER VACATING ORDER OF FEBRUARY 22, 2016 AND DIRECTING FILING OF AMENDED PETITION** |

The Court, having received Petitioner's Supplement Providing Declarations as Ordered by the Court Pursuant to Petitioner's Motion for Stay of His 28 U.S.C. § 2255 (hereinafter "Supplement," dkt. 528), hereby VACATES its Order of February 22, 2016, which denied the Motion to Stay and directed Petitioner to file a traverse (dkt. 525). The Court now DIRECTS Petitioner to file an amended habeas petition, to the extent that Petitioner believes that the new information in his Supplement provides a basis for relief under 28 U.S.C. § 2255. Petitioner's amended petition must contain all of the claims that he intends to pursue in this case. The Court will consider Petitioner to have dropped any claims not included his amended petition, even those raised in earlier filings. The amended petition must be filed within <u>twenty-one (21) days of this Order</u>. The government must file its Response within fourteen (14) days of the amended petition, and Petitioner must file his

//

1  Traverse within seven (7) days of the Response.

2  **IT IS SO ORDERED.**



4  Dated: March 4, 2016

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

2