IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SAMUEL COHEN,<br><br>   Defendant.<br>_____/ | No. CR 10-00547 CRB<br><br>**ORDER GRANTING EXTENSION OF TIME** |

   Petitioner's Application for an Extension of Time to file his amended petition (dkt. 532) is GRANTED.  Petitioner's amended petition is due on April 18, 2016.

   **IT IS SO ORDERED.**

Dated: March 30, 2016

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE