IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL COHEN,<br><br>    Defendant._____/ | No. CR 10-00547 CRB<br><br>**ORDER DIRECTING FILING OF RESPONSE, TRAVERSE** |

The Court, having received Petitioner's Amended Petition, hereby DIRECTS the government to file a response within fourteen (14) days of this Order, and Petitioner to file a traverse within seven (7) days of the response.

**IT IS SO ORDERED.**

Dated: April 21, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE