IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL COHEN,<br><br>　　　　Defendant. | No. CR 10-00547 CRB<br><br>**ORDER GRANTING IN PART PETITIONER'S MOTION TO SHOW CAUSE AND/OR REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE** |

　　　　The Court, having received Petitioner's Motion to Show Cause and/or Request for Extension of Time to File Response (dkt. 546), and the government's non-opposition to that Motion (dkt. 548), GRANTS Petitioner an extension of time of fourteen (14) days from the date that Petitioner receives (or received) the government's Response to the Petition in order to file his Traverse.

　　　　**IT IS SO ORDERED.**

Dated: May 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE