IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant.<br>_____/ | No. CR 10-00547 CRB<br><br>**ORDER DENYING APPLICATION FOR EXTENSION OF TIME** |

    Defendant Samuel Cohen has filed an Application for Extension of Time of 60 Days Before a Third Party Petition is to be Filed Claiming Ownership (dkt. 552).  Defendant is not a third party to this case, and may not file a petition in the ancillary proceeding; accordingly, the Application is DENIED.

    **IT IS SO ORDERED.**

Dated: June 16, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE