**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>SAMUEL COHEN,<br><br>            Defendant.                              / | No. CR 10-00547 CRB<br><br>**ORDER DENYING MOTION TO DISMISS MONEY LAUNDERING COUNTS** |

In a procedurally improper motion, Defendant Samuel Cohen seeks dismissal of the thirteen money laundering counts of which he has already been convicted, citing Johnson v. United States, 135 S.Ct. 2551 (2015).  See generally Mot. (dkt. 557).  Johnson does not apply to Defendant's case, and so his motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 6, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE