IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant. | No. CR 10-00547 CRB<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

Defendant Samuel Cohen's motion for reconsideration (dkt. 562) of the Court's denial of his motion to dismiss all money laundering counts pursuant to Johnson v. United States, 135 S.Ct. 2551 (2015) is DENIED.

**IT IS SO ORDERED.**

Dated: August 9, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE