IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>SAMUEL COHEN,<br><br>     Defendant. | No. CR 10-00547 CRB<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Defendant Samuel Cohen moves for a certificate of appealability from this Court's order denying his motion to dismiss his money laundering counts pursuant to Johnson v. United States, 135 S.Ct. 2551 (2015). The Court DENIES Defendant a certificate of appealability because he has not made "a substantial showing of the denial of a constitutional right." See 28 U.S.C. § 2253(c)(2). Nor has he demonstrated that reasonable jurists would find the Court's assessment of his motion debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). The clerk shall forward to the court of appeals the case file with this Order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: August 25, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE