IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant. | No. CR 10-00547 CRB<br><br>**ORDER DENYING AS MOOT REQUEST FOR EXTENSION OF TIME** |

Defendant Samuel Cohen has filed a Request for Extension of Time to Reply to the Government's Opposition of his request to amend his 2255 petition. See Request (dkt. 577). As the Court has already granted Defendant's request to amend, and denied his 2255 petition, see Order (dkt. 574), the Request is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: November 2, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE