IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMUEL COHEN,<br><br>    Defendant.<br>_____/ | No. CR 10-00547 CRB<br><br>**ORDER DENYING IN FORMA PAUPERIS STATUS** |

Defendant Samuel Cohen has again filed a Declaration in Support of Request to Proceed in Forma Pauperis (dkt. 585).[1] The Court has carefully reviewed Cohen's Declaration, as well as the other relevant materials in this case, and again DENIES Cohen's request.

**IT IS SO ORDERED.**

Dated: January 6, 2017



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Court denied Defendant's earlier request to proceed IFP (dkt. 573) in October 2016 (dkt. 575).