IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00547 CRB |
| Plaintiff, | **ORDER GRANTING EXTENSION** |
| v. | |
| SAMUEL COHEN, | |
| Defendant. | |

Defendant Samuel Cohen has filed for an extension of time, until February 3, 2017, to file a motion for reconsideration of the Court's order denying his habeas petition (dkt. 574). See Application for Extension of Time (dkt. 582).  That motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: January 11, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE